IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHUNLING LASPINA EDWARDS    :
                            :
        v.                  :    CIVIL ACTION NO. 11-5429
                            :
ABINGTON LANSDALE HOSPITAL, INC.  :

**O R D E R**

**AND NOW, TO WIT:** This  8th  day of  May , 2012, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:   /s/ Michael Finney
      Deputy Clerk to Judge Surrick

Copies FAXED on  05/08/12  to:

Kenneth L. Oliver, Jr., Esquire
Christopher J. Moran, Esquire
Jamie Nicole Labukas, Esquire